

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2015

No. 04-12-00630-CV

**THE HUFF ENERGY FUND, L.P.,** WRH Energy Partners, L.L.C., William R."Bill" Huff, Rick D'Angelo, Ed Dartley, Bryan Bloom, and Riley-Huff Energy Group, LLC,
Appellants

v.

**LONGVIEW ENERGY COMPANY,**
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 11-09-12583-ZCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

### ORDER SUBMITTING CAUSE FOR CONSIDERATION EN BANC

Sitting: Sandee Bryan Marion, Chief Justice
    Karen Angelini, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice
    Jason Pulliam, Justice

A majority of the en banc court votes to resubmit the above cause for en banc review and disposition. Accordingly, the October 1, 2014 submission date is hereby WITHDRAWN.

The above cause is set for oral arguments before the en banc court on June 3, 2015 at 9:00 a.m. The parties will be notified at a later date about the time to be allotted for oral arguments.

It is so **ORDERED** on April 7, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court